FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of PICATTI BROTHERS, INC. D/B/A INDUSTRIAL SERVICE & ELECTRIC,<br><br>                Plaintiff,<br><br>        v.<br><br>ADVANCED TECHNOLOGY CONSTRUCTION CORP., a Washington corporation; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a foreign corporation,<br><br>                Defendants. | No.  1:15-CV-3075-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION OF DISMISSAL** |

Before the Court, without oral argument, is the parties' Stipulated Motion of Dismissal, ECF No. 14. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the parties' motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion of Dismissal, **ECF No. 14**, is **GRANTED**.

ORDER **-** 1

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney's fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's office is directed enter judgment in accordance with this order and to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 23rd day of September 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2