AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of PICATTI BROTHERS, INC. D/B/A INDUSTRIAL SERVICE & ELECTRICAL<br>*Plaintiff*<br>v.<br>ADVANCED TECHNOLOGY CONSTRUCTION CORP., a Washington corporation, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a foreign corporation,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:15-CV-3075-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The parties' Stipulated Motion of Dismissal is GRANTED.  All claims are DISMISSED WITH PREJUDICE, with all parties to bear their own costs and attorney's fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Salvador Mendoza, Jr.   on a Stipulated Motion of Dismissal.


Date:  September 23, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb